

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00500-CR

| | | |
|---|---|---|
| Linda Marie Bagley | § | From the 396th District Court |
| | § | of Tarrant County (1136471D) |
| v. | § | December 6, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00500-CR

LINDA MARIE BAGLEY                                    APPELLANT

V.

THE STATE OF TEXAS                                         STATE

------------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Linda Marie Bagley attempts to appeal from the trial court's judgment revoking her community supervision for her offense of driving while intoxicated with a child under fifteen years of age and sentencing her to six months' confinement in state jail pursuant to a plea agreement. The trial court's certification of her right to appeal states that this "is a plea-bargain case, and the

------

[1]*See* Tex. R. App. P. 47.4.

defendant has NO right of appeal" and that "the defendant has waived the right of appeal."

On October 24, 2012, this court notified appellant about the statements on the trial court's certification and informed her that unless she or any party desiring to continue to the appeal filed with the court, on or before November 5, 2012, a response showing grounds for continuing the appeal, the appeal may be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 6, 2012

3